## No. 16,110.

MARKALUNIS *v*. JOHNSON ET AL.

(199 P. [2d] 296)

Decided October 25, 1948.    Rehearing denied November 15, 1948.

PER CURIAM.

Judgment affirmed en banc without written opinion, MR. JUSTICE ALTER and MR. JUSTICE LUXFORD, not participating. MR. JUSTICE JACKSON dissents.

Mr. SOLOMON GIRSH, for plaintiff in error.

Messrs. MORRISSEY & SCOFIELD, for defendant in error Johnson.